_____

No. 96-1249WA
_____

Gary L. Avery,                        *
                                      *
              Appellant,              *
                                      *    Appeal from the United States
     v.                               *    District Court for the Western
                                      *    District of Arkansas.
Shirley S. Chater,                    *
Commissioner, Social Security         *          [UNPUBLISHED]
Administration,  *
                                      *
              Appellee.               *

_____

                 Submitted:  November 7, 1996

                 Filed:  November 27, 1996
                 _____

Before FAGG, WOLLMAN, and MURPHY, Circuit Judges.
                 _____


PER CURIAM.


     Gary L. Avery appeals the district court's order affirming the
Commissioner's decision to deny Avery's applications for disability
insurance benefits and supplemental security income.  After carefully
reviewing the administrative record and the parties' briefs, we conclude
the administrative law judge carefully applied the analysis under Polaski
v. Heckler, 739 F.2d 1320, 1322 (8th Cir. 1984), submitted an appropriate
hypothetical question to the vocational expert, and properly considered the
combined effect of Avery's impairments.  We find substantial evidence
supports the decision of the Commissioner that Avery is not disabled for
social security purposes.  We affirm the district court.  See 8th Cir. R.
47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.